
20181228163329

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, RESERVATION OF RIGHTS**
EFFECTED (1) BY ME: JAMES SPAULDING
TITLE: **PROCESS SERVER**   DATE: 1/2/18   7:10 AM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

EMILY SPENCE

Place where served:

11 PLEASANT STREET   BRISTOL   RI   02809

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: F   AGE: 55   HEIGHT: 5'3"   WEIGHT: 135   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 2 / 20 19

SIGNATURE OF _____ James _____ L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DAVID C. SILVER, ESQ.
PLAINTIFF: MANFRED LAGEMANN, AN INDIVIDUAL, ET AL
DEFENDANT: JEREMY SPENCE, AN INDIVIDUAL, ET AL
VENUE: DISTRICT
DOCKET: 1 18 CV 12218 GBD
COMMENT: