
20181228163606

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, RESERVATION OF RIGHTS** <br> EFFECTED (1) BY ME: JAMES SPAULDING <br> TITLE: **PROCESS SERVER** | DATE: 1/2/18  7:10 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

GERARD SPENCE

Place where served:

11 PLEASANT STREET    BRISTOL, RI 02809

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M  AGE: 55  HEIGHT: 5'10"  WEIGHT: 190  SKIN: WHITE  HAIR: GRAY  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/2/2019                      _____ L.S.
                                    SIGNATURE OF James Spaulding
                                    GUARANTEED SUBPOENA SERVICE, INC.
                                    2009 MORRIS AVENUE
                                    UNION, NJ 07083

ATTORNEY:   DAVID C. SILVER, ESQ.
PLAINTIFF:  MANFRED LAGEMANN, AN INDIVIDUAL, ET AL
DEFENDANT:  JEREMY SPENCE, AN INDIVIDUAL, ET AL
VENUE:      DISTRICT
DOCKET:     1 18 CV 12218 GBD
COMMENT: