20181228163635

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, RESERVATION OF RIGHTS**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: **1/2/2019 6:35:49 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JAIME CRUZ-HERRERA

Place where served:

7705 DURHAM AVENUE   NORTH BERGEN   NJ  07047

[X]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PATRICIA GARCIA

Relationship to defendant   **AUNT**

Description of Person Accepting Service:

SEX:F     AGE: 51-65  HEIGHT: 5'0"-5'3"     WEIGHT: 161-200 LBS.     SKIN: WHITE     HAIR: BLACK     OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 03, 20 19                                                          L.S.

SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01/03/19

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

NOTARY PUBLIC

ATTORNEY:       DAVID C. SILVER, ESQ.
PLAINTIFF:       MANFRED LAGEMANN, AN INDIVIDUAL, ET AL
DEFENDANT:    JEREMY SPENCE, AN INDIVIDUAL, ET AL
VENUE:            DISTRICT
DOCKET:          1 18 CV 12218 GBD
COMMENT: