# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## Civil Action No. 1:18-cv-12218-GBD

MANFRED LAGEMANN, an individual; STEVEN KOENIG, an individual;
MITCH STERCKX, an individual; AIVARAS CEPELIS, an individual;
ROLAND MAWLABAUX, an individual; CAMERON PATTISON, an individual;
THI THANH XUAN DIANA VU a/k/a DIANA VU, an individual;
EDMOND TRUONG, an individual; VITALIY RUDENKO, an individual;
and YEW HWEE NG, an individual;

       Plaintiffs,

v.

JEREMY SPENCE, an individual; JAIME CRUZ-HERRERA, an individual;
JOHN DOE NO. 1 a/k/a BLACKXANTUS, an individual;
GERARD SPENCE, an individual; and EMILY SPENCE, an individual;

       Defendants.

_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS GERARD SPENCE AND EMILY SPENCE ONLY

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby DISMISS WITHOUT PREJUDICE the claims brought against **Defendants GERARD SPENCE, an individual; and EMILY SPENCE, an individual**. Each party shall bear its own costs and attorneys' fees in this matter.

**This dismissal is <u>not</u> intended to have any effect on any other claims in this litigation.**

Civil Action No. 1:18-cv-12218-GBD

Respectfully submitted,

**SILVER MILLER**

By:  _/s/ David C. Silver_
        DAVID C. SILVER
        E-mail: DSilver@SilverMillerLaw.com
        JASON S. MILLER (*pro hac vice forthcoming*)
        E-mail: JMiller@SilverMillerLaw.com
        11780 W. Sample Road
        Coral Springs, Florida 33065
        Telephone:     (954) 516-6000

- and -

**THE BRAUNSTEIN LAW FIRM, PLLC**
Michael L. Braunstein, Esq.
3 Eberling Drive
New City, New York 10956
Telephone:     (845) 642-5062
E-mail: mbraunstein@braunsteinfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  __15th__  day of February 2019 by using the CM/ECF system and that a copy will be sent via transmission of Notices of Electronic Filing generated by CM/ECF to: **ALEXANDRA F. MARKOV, ESQ.**, CARROLL WARREN & PARKER PLLC, *Counsel for Defendants Gerard Spence and Emily Pearce-Spence*, 188 East Capitol Street - Suite 1200 (39201), Post Office Box 1005, Jackson, Mississippi 39215-1005, E-mail: amarkov@cwplaw.com.

          _/s/ David C. Silver_
          DAVID C. SILVER