UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MANFRED LAGEMANN, an individual; STEVEN
KOENIG, an individual; MITCH STERCKX, an individual;
AIVARAS CEPELIS, an individual; ROLAND
MAWLABAUX, an individual; CAMERON PATTISON,
an individual; THI THANH XUAN DIANA VU a/k/a
DIANA VU, an individual; EDMOND TRUONG, an
individual; VITALIY RUDENKO, an individual; and YEE
HWEE NG, an individual;

                            Plaintiffs,

   -against-

JEREMY SPENCE, an individual; JAIME CRUZ-
HERRERA, an individual; JOHN DOE NO. 1 aka
BLACKXANTUS, an individual; GERARD SPENCE, an
individual; and EMILY SPENCE, an individual;

                            Defendants.

------------------------------------x

ORDER

18 Civ. 12218 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: FEB 2 0 2019

GEORGE B. DANIELS, United States District Judge:

    In light of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Against Defendants Gerard Spence and Emily Spence Only, (ECF No. 48), the Clerk of Court is directed to close the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2), (ECF No. 26), accordingly.

Dated: February 19, 2019
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE