# BISSINGER, OSHMAN & WILLIAMS LLP

2229 San Felipe, Suite 1500
Houston, Texas 77019
P 713-524-8811   F 713-583-8347
bowllp.com

ERIN M. BULLARD
M 830-857-6516
ebullard@bowllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2020
```

January 7, 2020

*Via CM/ECF*
Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Manfred Lageman, et al. v. Jeremy Spence, et al.;* U.S. District Court – S.D.N.Y. – Case No. 1:18-cv-12218-GBD-RWL; Withdrawal of Motion for Summary Judgment (Dkts. 122, 123).

Dear Judge Lehrburger:

In accordance with your Honor's request at our phone conference yesterday afternoon, Plaintiffs hereby withdraw our previously filed Motion for Summary Judgment (Dkts. 122, 123), and will file an amended motion with the requested support in the next several weeks.

Thank you very much for your time.

Very truly yours,

Erin M. Bullard

Cc:   *Via CM/ECF*
All Counsel of Record

*Via Email*
*jeremy.spence7745@gmail.com; jsv@tutanota.com*
Mr. Jeremy Spence
11 Pleasant Street
Bristol, RI 02809
***Defendant, Pro Se***

> Plaintiffs' motion for summary judgment is withdrawn without prejudice to refiling with appropriate support. The Clerk of Court is respectfully requested to terminate the motions at Dkt. 122 + 123.

SO ORDERED:
/s/ 1/8/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE