```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-2-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANFRED LAGEMANN, et al.,

                            Plaintiffs,

      - against -

JEREMY SPENCE, et al.,

                          Defendants.
-------------------------------------------------------------X

18-cv-12218 (GBD) (RWL)

ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiffs have filed proof of service of their second amended summary judgment papers on defendant Jeremy Spence as of February 27, 2020. (Dkt. 139.) Accordingly, Defendant Spence shall have until March 23, 2020 to file any opposition papers. If opposition papers are filed, Plaintiffs shall file any reply by April 4, 2020. Absent any opposition, the Court will proceed to decide Plaintiffs' motion based on Plaintiffs' filings.

      By March 5, 2020, Plaintiffs shall serve by email, and initiate service by first class mail of, a copy of this Order on Defendant Spence, using the same addresses most recently used to serve Plaintiffs' summary judgment papers, and shall promptly file proof of service.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2020
       New York, New York