**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MANFRED LAGEMANN, et al.,

                Plaintiffs,                18 **CIVIL** 12218 (GBD) (RWL)

       -against-                         **JUDGMENT**

JEREMY SPENCE, et al.,
                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 16, 2020, Magistrate Lehrburger's Report (ECF No. 149) is adopted; Defendant Spence is ordered to pay Plaintiffs the principal sum of $2,989,200 in damages, plus prejudgment interest at a rate of 9% per annum from June 1, 2018 to the date of entry of judgment in the amount of $684,731.43; Plaintiffs are also awarded costs, but not attorneys' fees.

**Dated:**  New York, New York
           December 16, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                             **BY:**
                                                **Deputy Clerk**